IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| DAVID WILLIAM HARRIS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. _____ JFM 00 CV 3716 |
| | : | |
| DRUG ENFORCEMENT | : | |
| ADMINISTRATION | : | |
| Defendant. | : | |
| | : | |

...ooOoo...

## ORDER

Upon motion of the defendant for an enlargement of time and there being good cause therefor, it is this 2nd day of ~~December~~ 2000,

HEREBY ORDERED that the defendants have sixty (60) days from the date of this order within which to answer or otherwise respond to the Complaint filed in this case.

_____
United States District Judge

