IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID W. HARRIS                          *

                                         *

        v.                               *    Civil No. JFM-00-3716

                                         *

DRUG ENFORCEMENT                         *
ADMINISTRATION                           *

                                    *****

                            ORDER

For the reasons stated in the accompanying memorandum, it is, this ___ day of March

2001

        ORDERED that this action be dismissed.

_____
J. Frederick Motz
United States District Judge